# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

|                          Plaintiff,

vs.

MIGUEL ANGEL RODRIGUEZ-CHAVEZ (1),

|                          Defendant.

Case No. 16CR0808-JAH

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and
        Vacated, and

_X_   an indictment has been filed in another case against the defendant and the Court has
        granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or
\_     a jury has been waived, and the Court has found the defendant not guilty; or

\_\_    the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Information:

        Title 8 U.S.C. § 1326(a) and (b) – Removed Alien Found in the United States (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/26/2016

FILED
MAY 2 6 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

HONORABLE DAVID H. BARTICK
UNITED STATES MAGISTRATE JUDGE